In the Matter of D. A. SCHULTE, INC., Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

In the Matter of PARK & TILFORD, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

(Submitted March 11, 1935; decided March 19, 1935.)

Motion granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: " on the ground that chapter 62, Laws of 1909, as amended by chapter 281, Laws of 1933, does not violate section 6 of article 1 of the Constitution of the State of New York, section 1 of the 14th Amendment to the Constitution of the United States, or the 5th Amendment to the Constitution of the United States."